# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-21-00112-CR
NO. 03-21-00113-CR

**Aaliyah Shante Neal, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### NOS. 80749 & 82927, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Aaliyah Shante Neal seeks to appeal the trial court's orders placing her on deferred adjudication community supervision. *See* Tex. Penal Code § 22.11, 30.02. The trial court has certified that these are plea-bargain cases, that Neal has no right of appeal, and that Neal has waived the right of appeal. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed for Want of Jurisdiction

Filed: April 8, 2021

Do Not Publish